UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

*CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 1 hour 14 minutes |
| Date: | October 18, 2024 | | |
| Case No.: | **4:22-cr-00437-JST-1** | | |

**United States of America**      v.      **Robert D. Taunton**

☑ Defendant Present
☐ Not Present
☐ In Custody

Kelly Volkar
U.S. Attorney

Joyce Leavitt
Defense Counsel

U.S. Probation: Katrina Chu for Monica Romero

Court Reporter: Stephen Franklin
via zoom

Courtroom Deputy Clerk: Dianna Shoblo

*PROCEEDINGS*

Sentencing Hearing – Held.

*RESULT OF HEARING*

1. The Defendant is committed to the custody of the Bureau of Prisons for a term of 75 months as to counts one and two of the Indictment to be served concurrently; 5 years of supervised release on counts one and two to run concurrent, with the standard and special conditions as set forth on the record.  The Defendant shall pay a special assessment in the amount of $200.00.  Fine is waived.  The JVTA assessment is waived.  The defendant shall pay restitution in the amount of $15,000.  The Court orders forfeiture of the following property: one Apple iPhone 12 Pro Max (serial no. G0NDM9BS0D47), one Samsung Galaxy S22 Ultra (serial no. R5CT32150BA), and one 320GB Western Digital Hard Drive (serial no. WXM209LM8629).

2. Defendant to self-surrender on 01/10/2025 by Noon to his designated facility or to the United States Marshal by that date and time.
3. The Court recommends to the Bureau of Prisons that the Defendant be designated to a facility as close as possible to the San Francisco Bay Area to maintain contact with his parents and brother.
4. Within 60 days of the Defendant's release from custody, Probation shall request that this case be placed on calendar for a Status Conference before this Court.